In the Matter of WILLIAM BREITENBACH, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of County of Kings, et al., Respondents.

(Argued October 24, 1935; decided October 25, 1935.)

*Abraham A. Berry* for appellant.

*Charles Treibich* and *E. Ivan Rubenstein* for John J. McCusker, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.